DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NERMINE HANNA,**
Appellant,

v.

**SEVEN SPRINGS OF THE PALM BEACHES, INC.,** A Florida corporation,
not-for-profit,
Appellee.

No. 4D19-1404

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2017-CA-007795-XXXX-MB.

Brennan Grogan of the Levine Law Group, North Palm Beach, for appellant.

Alexander D. Varkas III of Tucker & Lokeinsky, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***